UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 2:20-cr-17 |
| | ) | |
| SAMUEL SILVA | ) | |

## SAMUEL SILVA'S MOTION TO WITHDRAW MOTION
## FOR DISCLOSURE UNDER FED. R. CRIM. P. 12(b)(4)(B)

Samuel Silva, by counsel, asks this Court to withdraw his Motion for Disclosure Under Federal Rule of Criminal Procedure 12(b)(4)(B). He reserves the right to renew his motion pursuant to Rule 12(b)(4)(B) in the future.

    Respectfully Submitted,

    JUVAL O. SCOTT
    Federal Public Defender
    for the Western District of Virginia

    s/*Juval O. Scott*
    Juval O. Scott
    Office of the Federal Public Defender for
    the Western District of Virginia
    210 First Street SW, Suite 400
    Roanoke, VA 24011
    Ph. (540) 777-0880
    Indiana Bar No. 23741-49

    s/*Arin Melissa Brenner*
    Arin Melissa Brenner
    Office of the Federal Public Defender
    for the Western District of Virginia
    210 First Street SW, Suite 400
    Roanoke, VA 24011
    (540) 777-0884
    New York Bar No. 4990974
    *Counsel for Samuel Silva*

# CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing document was electronically filed via CM/ECF and will be served electronically to counsel of record on this 5th day of July, 2022.

Zachary Lee
Criminal Chief
United States Attorney's Office
310 Cummings Street, Suite A
Abingdon, VA 24210
zachary.lee@usdoj.gov

Daniel J. Murphy
Assistant United States Attorney
United States Attorney's Office
180 West Main Street, Suite B19
Abingdon, Virginia 24210
daniel.murphy@usdoj.gov

                                                        s/*Juval O. Scott*