# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cr-17 |
| | ) | |
| SAMUEL SILVA | ) | |

## JOINT PROPOSED SCHEDULING ORDER

Per the Court's request and based upon the trial date of June 12, 2023, the parties, through counsel, propose the following joint scheduling order:

| | |
|---|---|
| December 1, 2022: | Completion of Government's disclosures and inspections under Fed. R. Crim. P. 16, *Brady*, and *Giglio*. |
| March 14, 2023: | Government's notices of intent to offer evidence under Fed. R. Evid. 404, 609, or 807. [1] |
| April 13, 2023: | Completion of Government's expert disclosures and inspections under Fed. R. Crim. P. 16, *Brady*, and *Giglio*. |
| April 28, 2023: | Proposed jury questionnaire. |
| May 12, 2023: | Defendant's reciprocal expert and non-expert disclosures under Fed. R. Crim. P. 16. |
| May 22, 2023: | Evidentiary and other motions *in limine*. |
| May 29, 2023: | Government's list of witnesses and exhibits. |
| June 5, 2023: | Government's *Jencks* material under 18 U.S.C. § 3500. |
| June 5, 2023: | Proposed jury instructions and verdict forms. |

---

[1] The parties propose that, for all motions, the opposing party's response be due 14 days after service of the motion, and that the moving party be permitted to file a reply, which would be due 7 days after service of the response. *See* Local Civil Rule 11.

Respectfully Submitted,

JUVAL O. SCOTT
Federal Public Defender
for the Western District of Virginia

s/*Juval O. Scott*
Juval O. Scott
Office of the Federal Public Defender
for the Western District of Virginia 210
First Street SW, Suite 400
Roanoke, VA 24011
(540) 777-0880
Indiana Bar No. 23741-49

s/*Arin Melissa Brenner*
Arin Melissa Brenner
Office of the Federal Public Defender
for the Western District of Virginia 210
First Street SW, Suite 400
Roanoke, VA 24011
(540) 777-0884
New York Bar No. 4990974

*Counsel for Samuel Silva*

CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY

s/ *Zachary T. Lee*
Zachary T. Lee, VSB 47087
Assistant United States Attorney
Western District of Virginia
180 West Main Street
Abingdon, Virginia 24210
(276) 628-4161
(276) 628-7399 (Fax)
USAVAW.ECFAbingdon@usdoj.gov