UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cr-17 |
| | ) | |
| SAMUEL SILVA | ) | |

## SCHEDULING ORDER

Based upon the parties proposed scheduling order and based upon the trial date of June 12-23, 2023, the court adopts the following scheduling order:

| | |
|---|---|
| January 6, 2023: | Completion of Government's disclosures and inspections under Fed. R. Crim. P. 16, Brady, and Giglio. |
| March 14, 2023: | Government's notices of intent to offer evidence under Fed. R. Evid. 404, 609, or 807. [1] |
| April 13, 2023: | Completion of Government's expert disclosures and inspections under Fed. R. Crim. P. 16, Brady, and Giglio. |
| April 28, 2023: | Proposed jury questionnaire. |
| May 12, 2023: | Defendant's reciprocal expert and non-expert disclosures under Fed. R. Crim. P. 16. |
| May 22, 2023: | Evidentiary and other motions in limine. |
| May 29, 2023: | Government's list of witnesses and exhibits. |
| June 5, 2023: | Government's Jencks material under 18 U.S.C. § 3500. |
| June 5, 2023: | Proposed jury instructions and verdict forms. |

It is so **ORDERED.**

---

[1] For all motions, the opposing party's response is due 14 days after service of the motion, and the moving party is permitted to file a reply, which is due 7 days after service of the response. See Local Civil Rule 11.

Entered: November 10, 2022

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge