# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cr-00017 |
| | ) | |
| SAMUEL SILVA, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Laura Day Taylor, Assistant United States Attorney for the Western District of Virginia, hereby gives notice to this Court and to the Defendant that she is entering an appearance as counsel for the Bureau of Prisons in the above-captioned case, and requests and requires that service of all papers filed in this action be made upon her.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

Date:  November 25, 2022

/s/ *Laura Day Taylor*
Laura Day Taylor
Assistant United States Attorney
Virginia State Bar No. 94021
Illinois State Bar No. 6289334
P. O. Box 1709
Roanoke, Virginia 24008-1709
Telephone: (540) 857-2250
Facsimile: (540) 857-2283
E-mail:  Laura.Taylor@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2022, I caused a true copy of the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to all counsel of record.

*/s/ Laura Day Taylor*
Laura Day Taylor
Assistant United States Attorney