IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

United States of America

v.                                                                  Case No. 2:20-CR-17

Samuel Silva

## Motion for *Faretta* hearing

Mr. Silva has filed a motion to excuse his appointed counsel. Dkt. 254. The full text of that motion was not available on the docket until after counsel responded and requested an *ex parte* hearing. Dkt. 255. Mr. Silva proposes to represent himself, which is his right. *Faretta v. California*, 422 U.S. 806 (1975). This court need only ensure that Mr. Silva's decision, to the extent his decision is to represent himself, is knowing and voluntary. *See id.* at 835. Counsel requests the court schedule a hearing to inquire of Mr. Silva's desire to continue with court appointed counsel or to represent himself.

Counsel is ready, willing, and able to represent Mr. Silva, but Mr. Silva has the constitutional right to choose to represent himself if he so desires.

Respectfully submitted,

/s/ Benjamin Schiffelbein
210 First Street SW, Ste 400
Roanoke, VA 24011
Benjamin_Schiffelbein@fd.org
540 777 0880